JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>       v.<br><br>Yadollah G. Ilkhchi Gazanferi,<br><br>                              Defendant. | Case No. EDCV 15-260-JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Court's Order filed concurrently herewith, the Court hereby orders that:

1.  Judgment be entered in favor of Plaintiff in the amount of $23,888.06 (consisting of the outstanding principal balance on Defendant's loans of $6,813.62 and $17,074.44 in accrued interest as of June 22, 2016) and any additional pre-judgment interest accrued after June 22, 2016; and

2.  Plaintiff is AWARDED post-judgment interest on its monetary award, to be calculated pursuant to 28 U.S.C. § 1961.

1
2    The Clerk is directed to close the case.
3
4   Dated: August 25, 2016
5
6                                                    THE HONORABLE JESUS G. BERNAL
                                                     United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28